UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **BEVERLY ANDERSON,** individually and on behalf of all others similarly situated, | Case No. 1:25-cv-00119 |
| Plaintiff, | |
| v. | |
| **SD BULLION, INC** | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff BEVERLY ANDERSON and Defendant SD BULLION, Inc. hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety <u>with</u> prejudice, with each party bearing its own fees and costs.

Dated: March 19, 2025

Respectfully Submitted,

| | |
|---|---|
| **HIRALDO P.A.**<br>Manuel S. Hiraldo, Esq.<br><br>_/s/Manuel Hiraldo_<br>Florida Bar No. 030380<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>Email: mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713<br>**Attorney for the Plaintiff** | **MILLER JOHNSON**<br>Robert W. O'Brien (P59127)<br><br> _/s/ Robert W. O'Brien_<br>45 Ottawa Avenue Southwest<br>Suite 1100<br>Grand Rapids, MI 49503<br>616.831.1700<br>obrienr@millerjohnson.com<br>**Attorneys for Defendant** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 19, 2025, a copy of the foregoing was served by ECF to counsel of record.

/s/ *Manuel S. Hiraldo*
Manuel S. Hiraldo

**IT IS SO ORDERED.**

Dated: <u>March 21, 2025</u>

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT COURT